IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JEWEL WELBORN                                                                                          PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 2:04cv323-KS-JMR

HILDA WATKINS AND STATE FARM
MUTUAL AUTOMOTIVE INSURANCE
COMPANY                                                                                              DEFENDANTS

## FINAL JUDGMENT

This cause was before the Court on December 12, 2005, for trial, and all parties having appeared personally and through counsel and having further announced ready for trial, the jury composed of seven lawful men and women of the Federal Southern District of Mississippi was empaneled to try the issues and, having heard all the testimony and argument of counsel, retired to consider their verdict, after which they rendered a verdict in favor of the Plaintiff, Jewel Welborn, in the amount of $20,000.00.

The Court thereafter polled the jury and determined that all seven jurors agreed with the verdict. The Court therefore found the verdict to be in proper form and accepted it as the verdict of the jury.

Furthermore, it has been stipulated by the parties that the Plaintiff has already received $10,000.00 for the damage she has incurred in the subject accident of this lawsuit, being a $10,000.00 settlement from Hilda Watkins, the tortfeasor. This Court has previously ruled that State Farm will not receive credit for the $5,000.00 medical payment coverage payment and thus a judgment in the amount of $10,000.00 shall be entered in favor of Jewel Welborn against State Farm Mutual Automobile Insurance Company.

IT IS THEREFORE ORDERED AND ADJUDGED that judgment be entered against

State Farm Mutual Insurance Company in the amount of $10,000.00

SO ORDERED AND ADJUDGED on this, the 4th day of January, 2006.

      s/ *Keith Starrett*
      UNITED STATES DISTRICT JUDGE